USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2020

# UNITED STATES DISTRICT COURT

Southern     District of     New York

| | |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself, etc.<br><br>Plaintiff (s),<br><br>V.<br><br>BLOOOM, INC.,<br><br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER:   1:19-cv-10842 |

Notice is hereby given that, subject to approval by the court, <u>BLOOOM, INC.</u> substitutes
(Party (s) Name)

<u>Christopher P. Di Giulio</u> , State Bar No. <u>2184174</u> as counsel of record in
(Name of New Attorney)

place of <u>Jonathan Jongha Kim, of Cooley LLP</u> .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Law Office of Christopher P. Di Giulio, P.C.

Address:     180 West 80th Street, Suite 209, New York, NY 10024

Telephone:     (212) 514-7800     Facsimile   (212) 514-7838

E-Mail (Optional):     chris@cpdglaw.com

I consent to the above substitution.

Date:     1/13/2020

Blooom, Inc., by:

_____
(Signature of Party (s))

I consent to being substituted.

Date:     1/14/2020

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     1/14/2020

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     **January 16, 2020**
    **New York, New York**

_____
**ANALISA TORRES**
**United States District Judge**

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]