UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

BLOOOM, INC.,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

19 Civ. 10842 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 3, 2019, the Court ordered the parties to submit a joint status letter and proposed case management plan by January 14, 2020. ECF No. 6. Those submissions are now overdue. Accordingly, it is ORDERED that by **January 17, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 16, 2020
       New York, New York

ANALISA TORRES
United States District Judge