UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

           Plaintiff,

-against-

BLOOOM, INC.,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2020

19 Civ. 10842 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for June 3, 2020, at 12:00 p.m. is RESCHEDULED to **June 3, 2020, at 11:20 a.m.** The conference shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: May 22, 2020
       New York, New York

                                    ANALISA TORRES
                               United States District Judge